# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

HAWAI'I WILDLIFE FUND, a Hawaii non-profit corporation; SIERRA CLUB-MAUI GROUP, a non-profit corporation; SURFRIDER FOUNDATION, a non-profit corporation; and WEST MAUI PRESERVATION ASSOCIATION, Hawaii non-profit corporation,

Plaintiff(s),

V.

COUNTY OF MAUI,

Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: CV 12-00198 SOM-KJM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 26, 2021

At 3 o'clock and 05 min p.m.
MICHELLE RYNNE, CLERK

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

On July 26, 2021, the Court issued its Amended Order, ECF 479: "AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; AMENDED ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT" ("July 26, 2021 Amended Order"),

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in favor of Plaintiffs and against the County, pursuant to and in accordance with the July 26, 2021 Amended Order and the Settlement Agreement filed as ECF No. 256.

July 26, 2021
Date

MICHELLE RYNNE
Clerk

/s/ Michelle Rynne by J.O.
(By) Deputy Clerk