DAVID L. HENKIN          #6876
MAHESH CLEVELAND      #11023
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawaiʻi 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email:  dhenkin@earthjustice.org
            mcleveland@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| | |
|---|---|
| HAWAIʻI WILDLIFE FUND, a Hawaiʻi non-profit corporation, SIERRA CLUB - MAUI GROUP, a non-profit corporation, SURFRIDER FOUNDATION, a non-profit corporation, and WEST MAUI PRESERVATION ASSOCIATION, a Hawaiʻi non-profit corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF MAUI,<br><br>    Defendant. | CIVIL NO. 12-00198 SOM KJM<br><br>PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS; MEMORANDUM IN SUPPORT; CERTIFICATE OF COMPLIANCE; DECLARATION OF DAVID L. HENKIN; DECLARATION OF ISAAC H. MORIWAKE; DECLARATION OF JANETTE K. BRIMMER; DECLARATION OF SCOTT L. NELSON; DECLARATION OF SAMBHAV SANKAR; DECLARATION OF JEFFREY L. FISHER; DECLARATION OF THOMAS C. GOLDSTEIN; DECLARATION OF MAHESH CLEVELAND; EXHIBITS 1-39<br><br>Non-Hearing Motion<br><br>Judge: Hon. Kenneth J. Mansfield |

## PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

Pursuant to Federal Rule of Civil Procedure 54(d)(2) and Local Rule 54.2, Plaintiffs Hawai'i Wildlife Fund, Sierra Club – Maui Group, Surfrider Foundation, and West Maui Preservation Association, through their counsel Earthjustice, hereby move for an award of their "costs of litigation (including reasonable attorney and expert witness fees)" for their successful litigation in the United States Supreme Court and in this Court on remand. 33 U.S.C. § 1365(d). As of today's date, the costs of litigation that Plaintiffs seek total $1,056,255.57, including reasonable attorneys' fees in in the amount of $984,643.30 and nontaxable costs in the amount of $71,612.27.

This motion is based on the pleadings and other papers on file herein, the memorandum, declarations, and exhibits attached hereto, and such other matters as may be presented to the Court.

Dated:  Honolulu, Hawai'i, September 27, 2021.

/s/ David L. Henkin
David L. Henkin
Mahesh Cleveland
EARTHJUSTICE

Attorneys for Plaintiffs