DAVID L. HENKIN          #6876
MAHESH CLEVELAND     #11023
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email:  dhenkin@earthjustice.org
            mcleveland@earthjustice.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| HAWAI'I WILDLIFE FUND, a Hawai'i non-profit corporation, SIERRA CLUB - MAUI GROUP, a non-profit corporation, SURFRIDER FOUNDATION, a non-profit corporation, and WEST MAUI PRESERVATION ASSOCIATION, a Hawai'i non-profit corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF MAUI,<br><br>          Defendant. | CIVIL NO. 12-00198 SOM KJM<br><br>DECLARATION OF THOMAS C. GOLDSTEIN |

DECLARATION OF THOMAS C. GOLDSTEIN

I, THOMAS C. GOLDSTEIN, declare that, if called as a witness in this action, I could testify of my own personal knowledge under penalty of perjury that:

1.     I am a partner at Goldstein & Russell, P.C., a law firm specializing in U.S. Supreme Court practice located in Bethesda, MD. I have been counsel to a party in approximately 150 merits cases in the Supreme Court and have argued 45. I am also the co-founder and publisher of SCOTUSblog, a Peabody Award-winning website that provides comprehensive coverage of the Supreme Court. I submit this declaration in support of the reasonableness of awarding fees for work before the Supreme Court in this case based on rates set forth in the "Adjusted *Laffey* Matrix" found at http://www.laffeymatrix.com/see.html.

2.     In recent years, representation before the Supreme Court has increasingly become concentrated in a specialized bar made up of practitioners with a high degree of familiarity with and experience before the Court. Many of those practitioners work for private law firms in Washington, D.C. and other major metropolitan areas; others are academics, many of whom work with Supreme Court clinics at major law schools; and a few, including Scott Nelson, co-counsel for the respondents in the *County of Maui* case in the Supreme Court, work for nonprofit organizations.

3.     I typically charge clients a fee for my services and am familiar with my own rates and those generally charged by other lawyers who are part of the

Supreme Court bar. Experienced Supreme Court practitioners representing paying clients on a fee-for-services basis command premium rates. Although fee arrangements may vary from case to case, hourly rates for such practitioners often substantially exceed those set forth in the Adjusted *Laffey* Matrix. My own hourly rate is significantly higher, and I know that the same is true of many of my peers.

4.      As an example, a Reuters news article dated August 16, 2021, reports that Kannon Shanmugam, a highly regarded Supreme Court advocate at the D.C. office of Paul, Weiss, Rifkind, Wharton & Garrison, normally bills $1,824 an hour, while an appellate associate at the same firm bills $1,160 per hour; the article reports that Mr. Shanmugam has agreed to represent the State of Oklahoma in a significant Supreme Court matter at a rate discounted by 50%. *See* https://www.reuters.com/legal/government/paul-weiss-inked-700k-contract-with-oklahoma-undo-tribal-rights-ruling-2021-08-16/. Mr. Shanmugam's 50% discounted rate is approximately equal to the highest rate currently specified for the most experienced attorneys in the Adjusted *Laffey* Matrix and is in excess of the rate I understand is sought in this case for the work Mr. Nelson performed in 2019.

5.      I am familiar with Mr. Nelson's experience, the quality of his work, and his reputation within the D.C. legal community and Supreme Court bar. He is among the few exceptionally qualified advocates before the Court who has not

2

only clerked there (for former Justice Byron White), but also argued several merits cases as counsel of record himself and briefed many more, not to mention his additional work before the Court as an amicus curiae. Mr. Nelson is highly respected for his work, among those who know him by reputation only. And among those who, like me, have had the opportunity to work with him, it is clear that his skill exceeds his already stellar reputation. I believe that the Adjusted *Laffey* Matrix rates of $894 and $899 per hour for work done in 2019 are well within the range of reasonable market rates for a lawyer of Mr. Nelson's experience and abilities in a representation at the merits stage before the Supreme Court. Indeed, the market rate for Mr. Nelson or a comparable lawyer would be substantially higher.

6. In addition to the rate being reasonable for an attorney of Mr. Nelson's caliber, 158.2 hours is exceedingly reasonable for the kind of work that goes into principally drafting a merits brief before the Court and assisting the counsel of record in preparing for oral argument. These briefs, especially in a case like this, require much more than just careful legal research, writing, and strategy. They also require careful coordination among numerous constituencies, as reflected in Mr. Nelson's time sheet. In truth, the hours claimed here are relatively modest when compared to the drafting efforts of other practitioners, and also

3

reflect why Mr. Nelson should command a higher rate than less experienced

attorneys who would take far longer to do this level of work.

I declare under penalty of perjury that I have read the foregoing declaration

and know the contents thereof to be true of my own knowledge.

DATED:  Washington, D.C., September 17, 2021.

_____
THOMAS C. GOLDSTEIN