## CLAIMED NONTAXABLE COSTS

| DATE | CATEGORY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 9/26/18 | Postage & Delivery | FedEx: ship ltr request for extension to US S Ct | $36.26 |
| 9/28/18 | Postage & Delivery | Ship to S Ct Request for Extension to File Opp to Cert Petn | $21.13 |
| 9/30/18 | Telephone & Internet | Conference Calls via MeetingOne | $21.45 |
| 10/18/18 | Printing | Deposit for Cert Opp Brief | $800.00 |
| 10/23/18 | Printing | Balance due for cert opp brief | $627.66 |
| 10/23/18 | Printing | Xerox In-house Copies July-Oct 2018 | $15.40 |
| 10/26/18 | Postage & Delivery | Ship Brief to Scotus | $79.09 |
| 11/19/18 | Printing | Supplemental Opposition to Cert Petition | $500.00 |
| 12/11/18 | Travel | D Henkin travel: Solicitor General mtg in DC | $1,160.47 |
| 1/3/19 | Printing | In-House Copies Nov-Dec 2018 | $6.30 |
| 1/7/19 | Printing | Respondents' Second Supplemental Brief - downpayment | $160.00 |
| 1/8/19 | Printing | Respondents' Second Supplemental Brief | $209.92 |
| 1/25/19 | Postage & Delivery | Cockle Legal Briefs Shipped S Ct Brief 1/8/19 | $59.18 |
| 3/11/19 | Travel | I Moriwake travel: meet Maui Mayor | $278.74 |
| 3/31/19 | Telephone & Internet | Conference Calls via MeetingOne | $36.25 |
| 3/31/19 | Telephone & Internet | March 2019 Conference Calls via RollCall | $15.73 |
| 4/9/19 | Travel | I Moriwake travel: Meet w/ Maui council chair 4/10/19 | $266.65 |
| 4/11/19 | Printing | Xerox in-house Copies January-April 2019 | $6.50 |
| 4/30/19 | Telephone & Internet | Conference Calls via MeetingOne | $30.29 |
| 5/20/19 | Travel | D. Henkin Travel: GET Committee meeting on Maui | $116.71 |
| 5/31/19 | Telephone & Internet | Conference Calls via MeetingOne | $26.72 |
| 5/31/19 | Telephone & Internet | May 2019 Conference Calls via RollCall | $12.28 |
| 7/12/19 | Printing | Cockle Legal Briefs: Brief for Respondents | $492.90 |
| 7/12/19 | Printing | Cockle Legal Briefs: Brief for Respondents - deposit | $415.00 |
| 7/17/19 | Printing | Xerox In-house Copies April-July 2019 | $13.80 |
| 7/26/19 | Printing | File & serve Brief for Respondents | $207.56 |
| 7/31/19 | Telephone & Internet | July 2019 Conference Calls via RollCall | $4.67 |
| 9/5/19 | Travel | Hawaiian Air: I Moriwake travel to/fr Maui on 9/6 for council cmte mtg | $142.31 |
| 9/16/19 | Travel | Hawaiian Air: I Moriwake travel to/fr Maui on 9/20 for council mtg re settlement. | $147.91 |
| 9/20/19 | Travel | I Moriwake: travel to Maui for 9/3 and 9/20 council mtgs | $159.42 |
| 10/3/19 | Postage & Delivery | Travel, N Thorpe, taxi to Supreme Court for in-person filing: Letter re settlement status | $13.60 |
| 10/3/19 | Postage & Delivery | Fedex: Letter re settlement status | $16.56 |
| 10/26/19 | Travel | D Henkin Travel to Stanford Moot, SCOTUS argument | $3,053.78 |
| 10/28/19 | Travel | Kimpton: S Nelson Lodging - SCOTUS | $903.47 |

# EXHIBIT 2

| DATE | CATEGORY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/29/19 | Travel | S Nelson Airfare Travel to SCOTUS | $543.00 |
| 10/30/19 | Travel | Expedia: S Nelson Lodging - SCOTUS | $176.36 |
| 11/2/19 | Travel | D Henkin Travel - SCOTUS argument 10/27/19-11/2/19 | $84.63 |
| 11/10/19 | Travel | D Henkin - SCOTUS argument | $1,812.49 |
| 11/30/19 | Telephone & Internet | Conference Calls: Nov 2019 | $23.52 |
| 12/19/19 | Printing | Xerox In-house Copies July 17-December 19 2019 | $23.40 |
| 5/4/20 | Postage & Delivery | Service of Motion to Split Costs - USPS | $52.70 |
| 9/4/20 | Professional Services | Jean Moran expert services 7/9/20 - 9/4/20 | $900.00 |
| 11/2/20 | Printing | FedEx: Scanning | $77.99 |
| 11/21/20 | Printing | Xerox In-house Copies Dec 2019-Nov 2020 | $37.60 |
| 12/17/20 | Postage & Delivery | Service of Depo Notices and SDTs to D's Experts | $7.85 |
| 12/30/20 | Professional Services | Jean Moran expert services 11/6/20 - 12/30/20 | $15,750.00 |
| 1/31/21 | Professional Services | Jean Moran expert services 1/1/21 - 1/31/21 | $6,525.00 |
| 2/9/21 | Professional Services | Depositions of Ryan Fimmen 1/25/21; Rich Kraft 1/29/21; and Jeffrey Thompson 2/5/21. Note: $120 of this expense ($40 per expert x 3 experts) was included in the Bill of Costs. | $7,267.50 |
| 2/9/21 | Professional Services | Deposition of Craig Lekven 1/27/21. Note: $40 of this expense was included in the Bill of Costs. | $1,518.32 |
| 2/18/21 | Professional Services | Deposition of E John List 1/28/21. Note: $40 of this expense was included in the Bill of Costs. | $1,960.00 |
| 3/5/21 | Professional Services | Robert Whittier expert services 12/4/20 - 3/2/21 | $7,000.00 |
| 3/16/21 | Professional Services | Jean Moran expert services 2/1/21 - 2/28/21 | $5,850.00 |
| 4/26/21 | Printing | Xerox In-house Copies November 2020-April 2021 | $172.60 |
| 5/15/21 | Professional Services | Jean Moran expert services 3/1/21 - 5/15/21 | $2,475.00 |
| 6/10/21 | Professional Services | Adina Paytan expert services invoice | $8,000.00 |
| 6/30/21 | Printing | Xerox In-house Copies May-June 2021 | $232.40 |
| 7/2/21 | Professional Services | Robert Whittier expert services - 5/3/21 - 5/18/21 | $1,045.00 |
| 7/31/21 | Printing | Xerox In-house Copies July 2021 | $19.20 |
| | | **Total** | **$71,612.27** |